Case: **2:25−cv−02167**
Assigned To : **Lipman, Sheryl H.**
Referral Judge: **Christoff, Annie T.**
Assign. Date : **2/14/2025**
Description: **Smith v. Smith & Nephew, Inc.**